UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROGER DEMONTRAVEL, Individually And On Behalf All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES, INC., and RBC DOMINION SECURITIES, INC.,<br><br>Defendants. | Electronically Filed<br><br>Civil Action No. 10-CV-09054<br><br>Judge Thomas P. Griesa |

*(Additional captions on following page)*

**DECLARATION OF KENNETH G. GILMAN IN SUPPORT OF THE
MOTION OF THE SMT INVESTOR GROUP TO CONSOLIDATE THE SMT FUND
CASES, FOR APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF CO-LEAD COUNSEL</u>**

| | |
|---|---|
| LARRY HUFFSTETTER, Individually And On Behalf All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES, INC., and RBC DOMINION SECURITIES, INC.,<br><br>       Defendants. | Electronically Filed<br><br>Civil Action No. 10-CV-09139<br><br>Judge Thomas P. Griesa |
| THOMAS MCKENNA, Individually And On Behalf All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES, INC., and RBC DOMINION SECURITIES, INC.,<br><br>       Defendants. | Electronically Filed<br><br>Civil Action No. 11-cv-00583 |

I, Kenneth G. Gilman hereby declares as follows:

  1. I am a partner with the law firm of Gilman and Pastor LLP ("Gilman and Pastor"), counsel for BELCAMPO, Inc., Francine Agron, Sean Kamarei, Robert Lefever and Gail Runnels (collectively, the "SMT Investor Group").

  2. I respectfully submit this declaration in support of the SMT Investor Group's motion for appointment as lead plaintiff and approval of the selection of counsel in the securities

action against SMART Technologies, Inc. ("SMART Technologies") on behalf of all persons who purchased or otherwise acquired shares in the Smart Technologies Fund (the "SMT Fund").

3. Annexed hereto as Exhibit A are true and correct copies of the certifications of the SMT Investor Group, pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 77z-1(a)(2).

4. Annexed hereto as Exhibit B is a true and correct copy of a chart of the SMT Investor Group's transactions and approximate losses in the SMT Fund.

5. Annexed hereto as Exhibit C is a true and correct copy of the notice that was published on BusinessWire, a widely-circulated national business-oriented publication or wire service, advising the public of the pendency of the first-filed class action brought on behalf of purchasers of the SMT Fund.

6. Annexed hereto as Exhibit D is a true and correct copy of the firm resume of Gilman and Pastor LLP.

7. Annexed hereto as Exhibit E is a true and correct copy of the firm resume of Bernstein Liebhard LLP.

I hereby declare under penalty of perjury that the foregoing is true and correct, this 1st day of February, 2011.

Kenneth G. Gilman