**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROGER DeMONTRAVEL, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART TECHNOLOGIES, INC., DAVID A. MARTIN, NANCY L. KNOWLTON, G.A. FITCH, SALIM NATHOO, ARVIND SODHANI, MICHAEL J. MUELLER, ROBERT C. HAGERTY, MORGAN STANLEY & CO. INC., DEUTSCHE BANK SECURITIES INC., and RBC DOMINION SECURITIES INC.,<br><br>Defendants. | Civil Action No.  1:10-cv-09054-TPG |
| LARRY HUFSTETTER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SMART TECHNOLOGIES INC., NANCY L. KNOWLTON., G.A. FITCH, DAVID A. MARTIN, SALIM NATHOO, ARVIND SODHANI, DEUTSCHE BANK SECURITIES INC., MORGAN STANLEY & CO, INC., and RBC DOMINION SECURITIES INC.,<br><br>Defendants. | Civil Action No.  1:10-cv-09139-TPG |

**DECLARATION OF GERALD H. SILK IN SUPPORT OF THE MOTION OF THE CITY OF MIAMI GENERAL EMPLOYEES' AND SANITATION EMPLOYEES' RETIREMENT TRUST FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF ITS SELECTION OF LEAD COUNSEL AND CONSOLIDATION OF ALL RELATED ACTIONS**

I, Gerald H. Silk, declare as follows:

1. I am a member in good standing of the bars of the State of New York and of this Court. I am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"). I submit this declaration in support of the Motion filed by the City of Miami General Employees' and Sanitation Employees' Retirement Trust (the "City of Miami") for: (1) appointment as Lead Plaintiff; (2) approval of its selection of Bernstein Litowitz to serve as Lead Counsel for the Class; (3) consolidation of all related actions; and (4) any such further relief as the Court may deem just and proper.

2. Attached as Exhibits A through E are true and correct copies of the following documents:

<blockquote>

Exhibit A: Certification of City of Miami;

Exhibit B: Chart of transactions and losses of City of Miami;

Exhibit C: Notice of Pendency of *Roger DeMontravel v. SMART Technologies, Inc.*, No. 10-cv-09054-TPG, published on December 3, 2010;

Exhibit D: Notice of Pendency of *Larry Huffstetter v. SMART Technologies, Inc.*, No. 10-cv-09139-TPG, published on December 7, 2010; and

Exhibit E: Firm Biography of Bernstein Litowitz

</blockquote>

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this first day of February, 2011.

                                                           /s/   Gerald H. Silk
                                                             Gerald H. Silk